UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| YAODI HU, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-2226 |
| | ) |
| ROBERT SCHURMAN, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff filed his complaint (#1) on September 23, 2008. An Administrative Order Regarding Service In Pro Se Cases (#3) was filed on September 23, 2008. Plaintiff was given a copy. On February 9, 2009, the undersigned conducted a status conference in which Plaintiff participated. The subject of service of summons was discussed.

On February 3, 2009, a Motion to Dismiss (#6) was filed by Defendants Schurman, Fitts, and the City of Grant Park. The basis of the motion is Plaintiff's failure to serve the Defendants with process within the 120-day time frame required by FED. R. CIV. P. 4.

The Office of the District Clerk sent Plaintiff a notice regarding this motion. The pending motion was discussed at the aforementioned status conference held February 9, 2009. Plaintiff has not filed a response.

No proof of service of summons on these Defendants has been filed with the Court. Movants are entitled to the relief they seek. Accordingly, I recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the Motion to Dismiss **(#6)** be **GRANTED** and the complaint be dismissed as to the moving Defendants without prejudice.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten working days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 11th day of March, 2009.

                                                                     s/ DAVID G. BERNTHAL
                                                                     U.S. MAGISTRATE JUDGE