UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| YAODI HU, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08-CV-2226 |
| ) | |
| ROBERT SCHURMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#8) was filed by the Magistrate Judge in the above cause on March 11, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#8) is accepted by this court.

(2) The Rule 12(b)(5) Motion to Dismiss (#6) filed by Defendants Robert Schurman, Scott Fitts, and Village of Grant Park, pursuant to Federal Rule of Civil Procedure 4(m), is GRANTED. The complaint is dismissed without prejudice as to the moving Defendants.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 31st day of March, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE