UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| YAODI HU, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-2226 |
| | ) |
| ROBERT SCHURMAN; | ) |
| RICHARD SCHRONTS, SCOTT FITTS, | ) |
| in their personal capacity; | ) |
| VILLAGE OF GRANT PARK, ILLINOIS; | ) |
| GRANT PARK VILLAGE FIRE | ) |
| DEPARTMENT; HAMANN CALVIN | ) |
| FARM DRAINAGE AND EXCAVAGING, | ) |
| INC.; | ) |
| | ) |
| Defendants. | ) |

# REPORT AND RECOMMENDATION

Before the Court is Defendants Robert Schurman and the Village of Grant Park's Motion to Dismiss for Failing to Comply with the November 4, 2009, Discovery Order (#33). No opposition has been filed by Plaintiff. The Court entered an Order (#32) on November 4, 2009, which granted a Motion to Compel Plaintiff's Response to Interrogatories and Request for Production (#30). The Order warned Plaintiff that he faced further sanctions, including dismissal, if he did not comply. According to the unopposed motion, he has not complied with the Court's Order. It appears that Plaintiff has discontinued his participation in the lawsuit.

Defendants should not be required to continue the defense of this lawsuit. I recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the motion (#33) be GRANTED and the moving Defendants be dismissed from the case.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 working days after being served with a copy of this Report and

Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 7th day of January, 2010.

                                                  s/ DAVID G. BERNTHAL
                                                  U.S. MAGISTRATE JUDGE