# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| YAODI HU,                    ) | |
|                ) | |
|       **Plaintiff,**    ) | |
| v.                ) | **Case No. 08-CV-2226** |

YAODI HU,

      Plaintiff,

v.                                      **Case No. 08-CV-2226**

ROBERT SCHURMAN, RICHARD SHRONTS, SCOTT FITTS, in their personal capacity, VILLAGE OF GRANT PARK, ILLINOIS, GRANT PARK VILLAGE FIRE DEPT., HAMANN CALVIN FARM DRAIANGE and EXCAVATING, INC.,

      Defendants.

## ORDER

    A Report and Recommendation (#35) was filed by the Magistrate Judge in the above cause on January 7, 2010. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

    IT IS THEREFORE ORDERED THAT:

    (1) The Report and Recommendation (#35) is accepted by this court.

    (2) Defendants' Motion to Dismiss for Failure to Comply with the November 4, 2009 Discovery Order (#33) is GRANTED. Defendants Robert Schurman and Village of Grant Park are hereby DISMISSED from this case.

    (3) This case is referred to the Magistrate Judge for further proceedings.

    ENTERED this 3rd day of March, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE