UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| YAODI HU, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-2226 |
| | ) |
| ROBERT SCHURMAN, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On April 5, 2010, Defendant Scott Fitts filed a Motion to Dismiss (#37). Plaintiff has not filed a response. The Court presumes there is no opposition (CDIL-LR 7.1(B)(2)).

On April 1, 2009, Chief United States District Judge Michael P. McCuskey entered an Order (#14). In that Order, Chief Judge McCuskey found valid service as to Defendants Schurman, Shronts, and the Village of Grant Park, Illinois. The Order further provided, "However, Plaintiff must still serve summons on ANY [emphasis in original] remaining Defendants who will be named in the Amended Complaint: Those Defendants are to be served within 120 days of the filing of the Amended Complaint pursuant to FED. R. CIV. P. 4(m)."

Plaintiff filed an Amended Complaint (#25) on July 28, 2009. According to the uncontested recitations of the motion, Defendant Fitts has not been served with a summons.

Plaintiff was given an opportunity to file an amended complaint and he did so. He was clearly informed of the necessity of serving summons on Defendants, other than those specifically mentioned by the Court has having been properly served. He has not served Defendant Fitts and dismissal is, therefore, proper.

According, I recommend, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that the Motion to Dismiss **(#37)** be **GRANTED** and the Complaint be dismissed as to Defendant Fitts and Defendant Fitts be terminated from the case.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 5th day of May, 2010.

                                                                 s/ DAVID G. BERNTHAL
                                                               U.S. MAGISTRATE JUDGE