E-FILED
Friday, 04 June, 2010   11:30:00 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| YAODI HU, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CV-2226 |
| ROBERT SCHURMAN, et al., | ) |
| Defendants. | ) |

## ORDER

A Report and Recommendation (#39) was filed by the Magistrate Judge in the above cause on May 5, 2010. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#39) is accepted by this court.

(2) Defendant's Motion to Dismiss (#37) is GRANTED. Defendant Scott Fitts is hereby DISMISSED from this case.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 4th day of June, 2010

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE